Gail ATWATER, Individually; Michael Haas, Dr., As next friend of Anya Savannah Haas and Mackinley Xavier Haas, Plaintiffs–Appellants,

v.

CITY OF LAGO VISTA; Bart Turek; Frank Miller, Chief Police Lago Vista, Defendants–Appellees.

No. 98–50302.

United States Court of Appeals, Fifth Circuit.

March 26, 1999.

Pamela Ann McGraw, Debra Irwin, McGraw, Brinkley & Irwin, Robert Charles DeCarli, Austin, TX, for Plaintiffs–Appellants.

William W. Krueger, III, Joanna Rae Lippman, Fletcher & Springer, Austin, TX, for Defendants–Appellees.

ON PETITIONS FOR REHEARING AND REHEARING EN BANC

Before KING, Chief Judge, and POLITZ, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.